# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Wilma L. Vargas, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14-0012-CV-W-JTM |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed January 12, 2015 [Doc. 16].   After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed January 12, 2015 [Doc. 16] is **GRANTED**.   Accordingly, plaintiff is awarded EAJA fees in the amount of $6,575 and reimbursement of the filing fee of $400 from the Judgment Fund.


              */s/ John T. Maughmer*
              **John T. Maughmer**
              **United States Magistrate Judge**